# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TREVOR BASTON, ) ) Plaintiff, ) ) v. ) ) ST. LUKE'S PHYSICIAN GROUP, INC. ) And ST. LUKE'S HEALTH SYSTEM, INC. ) ) Defendants. ) ) ) | Case No. 4:20-cv-00106-SRB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their attorneys of record, hereby stipulate and agree that this case may be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

**EDELMAN, LIESEN & MYERS L.L.P.**

*/s/ Sarah C. Liesen*
Sarah C. Liesen, MO#65331
208 W. Linwood
Kansas City, Missouri 64111
(816) 607-1836
(816) 463-8449 (Facsimile)
sliesen@elmlawkc.com
**ATTORNEY FOR PLAINTIFF**

AND

*/s/ Jennifer Schorgl*
Jennifer A. Schorgl, MO #71159
Jeffrey D. Hanslick, MO #46693
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone:816.627.4400

Facsimile: 816.627.4444
jhanslick@littler.com
jschorgl@littler.com
**ATTORNEYS FOR DEFENDANTS**